IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-cv-01094 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, Former | ) | |
| CHICAGO POLICE SERGEANT | ) | |
| RONALD WATTS, Former OFFICER | ) | Judge Lindsay Jenkins |
| KALLATT MOHAMMED, OFFICER | ) | |
| BRIAN BOLTON, OFFICER | ) | |
| KENNETH YOUNG JR., OFFICER | ) | |
| DARRYL EDWARDS, OFFICER | ) | |
| MATTHEW CADMAN, OFFICER | ) | |
| MICHAEL SPAARGAREN, OFFICER | ) | |
| GEROME SUMMERS JR., OFFICER | ) | JURY TRIAL DEMANDED |
| CALVIN RIDGELL, Former | ) | |
| SERGEANT ALVIN JONES, and any | ) | |
| Other yet-unidentified officers of the | ) | |
| Chicago Police Department, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION TO VACATE EXISTING SUMMARY JUDGMENT AND *DAUBERT* DEADLINES

As set forth below, Plaintiff Bobby Coleman and Defendants jointly move to vacate the existing deadlines for summary judgment motions, as well as *Daubert* motions that relate to summary judgment, to allow the parties to continue to explore the possibility of a settlement.

1. As reflected in the docket, the parties have held numerous settlement conferences with Judge Valdez in an effort to settle this case and others that were part of the *In re: Watts Coordinated Proceedings*. The most recent settlement conference was held yesterday, June 11, 2025. Another settlement conference with Judge Valdez is scheduled for June 24, 2025. The

1

– 2 –

parties have also held direct, in-person settlement discussions, and then intend to have another meeting next week. Although the discussions have not yet resulted in a settlement, the parties agree that they have made and continue to make significant progress toward reaching a settlement.

2. The parties also note that the *Gipson* case, which is related to this one, has settled, and that settlement received approval from the City council. *See* Dkt. 123.

3. In this case, the parties' motions for summary judgment, as well as *Daubert* motions for experts whose opinions are relevant for summary judgment, are currently due tomorrow, June 13, 2025. Dkt. 123.

4. The parties respectfully request that the Court vacate the June 13 deadline so that they may continue to concentrate their efforts on attempting to settle this case. The parties propose that they file a status report by June 27, 2025, to provide an update on settlement discussions and to propose a new summary judgment and *Daubert* scheduled if there is no settlement.

5. There is no trial scheduled in this matter, so vacating the current summary judgment and *Daubert* schedule will not require changes to the overall schedule in this case.

Respectfully submitted,

*/s/ Scott Rauscher*
One of Plaintiff's attorneys

Jon Loevy
Arthur Loevy
Scott Rauscher
Joshua Tepfer
Theresa Kleinhaus
Sean Starr
Gianna Gizzi
LOEVY & LOEVY

– 3 –

311 North Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
p. (312) 243-5900
e. scott@loevy.com

*/s/ Paul Michalik*
*One of the attorneys for Defendants City of Chicago*

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Dhaviella N. Harris
Daniel J. Burns
BURNS NOLAND LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
p. (312) 982-0090
e. pmichalik@burnsnoland.com

*/s/ Brian Gainer*
*One of the attorneys for Defendant Ronald Watts*

Brian Gainer
Johnson & Bell Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603-5404
p. (312) 372-0770
e. gainerb@jbltd.com

*/s/ Eric Palles*
*One of the attorneys for Defendant Kallatt Mohammed*

Eric S. Palles
Sean Sullivan
Lisa Altukhova
MOHAN GROBLE SCOLARO, PC
55 West Monroe, Suite 1600
Chicago, IL 60603
p. (312) 422-9999
e. epalles@mohangroble.com

*/s/ Anthony E. Zecchin*
*One of the attorneys for Defendant Officers Bolton, Jones, Smith, Gonzalez, Lewis, and Nichols*

Andrew M. Hale
Anthony E. Zecchin

Kelly M. Olivier
Jason M. Marx
Hannah Beswick-Hale
HALE & MONICO LLC
53 W Jackson Blvd., Suite 334
Chicago, IL 60604
p. (312) 341-9646
e. azecchin@halemonico.com

*/s/ Steven B. Borkan*
*One of the Attorneys for Defendant Calvin Ridgell, Jr.*

Steven B. Borkan
Timothy P. Scahill
BORKAN & SCAHILL, LTD.
20 S. Clark St., Suite 1700
Chicago, IL 60302
p. (312) 580-1030
f. (312) 263-0128
e. TScahill@borkanscahill.com